**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| In re: Lasheka L. Tomlin<br>Kareem W. Tomlin<br><br>Debtors | Chapter 13<br>Bankruptcy No. 25-10083-amc |

**NOTICE OF APPEARANCE AND**
**REQUEST FOR NOTICE AND SERVICE OF PAPERS**

**PLEASE TAKE NOTICE** that TD Bank, N.A., ("TD Bank"), enters their appearance by and through their counsel, Duane Morris LLP, pursuant to section 1109(b) of title 11 of the United States Code, 11 U.S.C. §§ 101 et seq. (the "Bankruptcy Code") and Rule 9010(b) of the Federal Rules of Bankruptcy Procedure (the "Bankruptcy Rules"), and that TD Bank hereby requests, pursuant to Bankruptcy Rules 2002 and 9007 and section 1109(b) of the Bankruptcy Code, that the name of the undersigned representative be added to the mailing list maintained by the Clerk in the above-captioned case, and that the Clerk and all other parties in interest in this case provide all notices and all papers served on any party, filed with the Court or delivered to the Office of the United States Trustee in the above-captioned case, to the person listed directly below:

**PLEASE TAKE FURTHER NOTICE** that, pursuant to Section 1109(b) of the Bankruptcy Code, the foregoing request includes not only the notices and papers referred to in the provisions of the Bankruptcy Code and Bankruptcy Rules specified above, but also includes, without limitation, orders and notices of any application, motion, petition, pleading, request, complaint or demand, whether formal or informal, whether written or oral, and whether transmitted or conveyed by mail, delivery, telephone, electronically or otherwise, which affects or pertains to the Debtors, the property of the Debtors or their chapter 13 estates.

Date: January 16, 2025

/s/ Edward J. McKee
Edward J. McKee, PA Bar No. 316721
Duane Morris LLP
30 South 17th Street
Philadelphia, PA 19103
Telephone: 215-979-1586
Facsimile: 215-689-4928
Email: ejmckee@duanemorris.com
*Attorneys for TD Bank, N.A.*

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF PENNSYLVANIA

| In re: Lasheka L. Tomlin<br>Kareem W. Tomlin<br><br>Debtors | Chapter 13<br><br>Bankruptcy No. 25-10083-amc |
|---|---|

**CERTIFICATION OF SERVICE**

1. I, Edward J. McKee:

   ☒ represent TD Bank, N.A. in this matter.

   ☐ am the secretary/paralegal for Edward J. McKee, who represents TD Bank, N.A. in this matter.

   ☐ am the _____ in this case and am representing myself.

2. On January 16, 2026, I sent a copy of the following pleadings and/or documents to the parties listed in the chart below.

   Notice of Appearance and Request for Notice and Service of the Papers

3. I certify under penalty of perjury that the above documents were sent using the mode of service indicated.


Date: <u>January 16, 2025</u>

/s/ Edward J. McKee
Edward J. McKee, PA Bar No. 316721
Duane Morris LLP
30 South 17th Street
Philadelphia, PA 19103
Telephone: 215-979-1586
Facsimile: 215-689-4928
Email: ejmckee@duanemorris.com
*Attorneys for TD Bank, N.A.*

| Name and Address of Party Served | Relationship of Party to the Case | Mode of Service |
|---|---|---|
| Kareem W Tomlin<br>105 Crestview Road<br>Upper Darby, PA 19082 | Debtor | ☐ Hand-delivered<br>☒ Regular Mail<br>☐ Certified Mail/RR<br>☐ Other ( ) |
| Lasheka L Tomlin<br>105 Crestview Road<br>Upper Darby, PA 19082 | Debtor | ☐ Hand-delivered<br>☒ Regular Mail<br>☐ Certified Mail/RR<br>☐ Other ( ) |
| Lawrence S. Rubin<br>Lawrence S. Rubin, Atty.<br>337 West State Street<br>Media, PA 19063-2615 | Debtors' Attorney | ☐ Hand-delivered<br>☒ Regular Mail<br>☐ Certified Mail/RR<br>☒ Other (ECF Notification) |
| Kenneth E. West<br>Office of the Chapter 13 Standing Trustee<br>1234 Market Street - Suite 1813<br>Philadelphia, PA 19107 | Trustee | ☐ Hand-delivered<br>☐ Regular Mail<br>☐ Certified Mail/RR<br>☒ Other (ECF Notification) |
| United States Trustee<br>Office of the United States Trustee<br>Robert N.C. Nix Federal Building<br>900 Market Street<br>Suite 320<br>Philadelphia, PA 19107 | United States Trustee | ☐ Hand-delivered<br>☐ Regular Mail<br>☐ Certified Mail/RR<br>☒ Other (ECF Notification) |